UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-3100

CAL FISHKIN; IGOR CHERNOMZAV; FRANCIS WISNIEWSKI,

v.

SUSQUEHANNA PARTNERS, G.P.;
SUSQUEHANNA INTERNATIONAL GROUP, LLP,

Defendants/Counter Claimants

v.

TABFG, LLC; NT PROP TRADING LLC; RICHARD PFEIL,

Counter Defendants

SUSQUEHANNA INTERNATIONAL GROUP, LLP,

Appellant.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-03-cv-3766)
District Judge: Honorable Mary A. McLaughlin

Argued on June 11, 2009

Before: McKEE, HARDIMAN, and VAN ANTWERPEN, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on June 11, 2009. On consideration whereof, it is now hereby ORDERED AND ADJUDGED by this Court that the orders of the District Court dated February 12, 2007 and June 17, 2008 are hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: July 27, 2009

Certified as a true copy and issued in lieu of a formal mandate on August 18, 2009

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**