IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAL FISHKIN, et al., | : | CIVIL ACTION |
| v. | : | |
| SUSQUEHANNA PARTNERS, G.P., et al., | : | |
| v. | : | |
| TABFG, LLC, et al., | : | NO. 03-3766 |

ORDER

AND NOW, this 8th day of February, 2010, upon consideration of the Motion of Defendant and Counterclaim Plaintiff Susquehanna International Group, LLP, for Release of Security (Docket No. 225) and the Motion of Plaintiff and Counterclaim Defendant Igor Chernomzav for Payment of Costs and Damages Suffered from Wrongfully-Issued Preliminary Injunction (Docket No. 227), and the responses and replies thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that:

    1. The Motion of Plaintiff and Counterclaim Defendant Igor Chernomzav for Payment of Costs and Damages is DENIED.

    2. The Motion of Defendant and Counterclaim Plaintiff Susquehanna International Group, LLP, for Release of Security is GRANTED.

    3. The Clerk of Court shall return to counsel for Susquehanna International Group, LLP, the security in the amount of $1,500,000.00, plus accrued interest, that it posted in

connection with the Court's Order of September 16, 2003 (Docket No. 37), issuing a preliminary injunction, and the Court's Order of September 25, 2003 (Docket No. 41), requiring security pursuant to Fed. R. Civ. P. 65(c).

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.